**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

JACKSONVILLE Division

**CIVIL RIGHTS COMPLAINT FORM**

JOSEPH TREVON CLINTON
#2011017869

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 3:13-cv-167-J-12JBT
(To be supplied by Clerk's Office)

v.

JACKSONVILLE SHERIFF OFFICE,
FOURTH JUDICIAL CIRCUIT
COURT STATE ATTORNEY
OFFICE.

(Enter full name of each Defendant.
If additional space is required, use the blank area directly to the right).

FILED
2013 FEB 14 PM 1:43
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: DUVAL COUNTY PRETRIAL DETENTION FACILITY, 500 EAST ADAMS ST, JAX, FL, 32202
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): NOT APPLICABLE

Defendant(s): NOT APPLICABLE

2. Court (if federal court, name the district; if state court, name the county): NOT APPLICABLE

3. Docket Number: NOT APPLICABLE

4. Name of judge: NOT APPLICABLE

5. Briefly describe the facts and basis of the lawsuit: NOT APPLICABLE

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): NOT APPLICABLE

7. Approximate filing date: NOT APPLICABLE

8. Approximate disposition date: NOT APPLICABLE

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: NOT APPLICABLE.

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: JOSEPH TREYON CLINTON

Mailing address: 500 EAST ADAMS STREET, JACKSONVILLE, FLORIDA, 32202

B. Additional Plaintiffs: NOT APPLICABLE.

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: JACKSONVILLE SHERIFFS OFFICE.

Mailing Address: 501 EAST BAY STREET, JACKSONVILLE, FLORIDA, 32202

Position: CITY POLICE.

Employed at: CITY OF JACKSONVILLE.

D. Defendant: FOURTH JUDICIAL CIRCUIT STATE ATTORNEY OFFICE.

Mailing Address: 220 EAST BAY STREET, JACKSONVILLE, FLORIDA, 32202

Position: STATE ATTORNEYS

Employed at: CITY OF JACKSONVILLE

E. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

F. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

G. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

1) False Imprisonment
2) Malicious Prosecution
3) Mental Anguish
4) Denial Of Due Process Rights
5) Frivolous Prosecution
6) Double Jeopardy Rights Violated

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On 5/28/2011 I was arrested on the charge of Armed Carjacking by the Jacksonville Sheriffs Office. On 6/29/2011 the fourth Judicial Circuit State Attorney Office filed formal charges on me for Unarmed Carjacking and Armed Robbery with a firearm. Both counts in the filed information stems from the same criminal episode. The Jacksonville Sheriffs Office and the State Attorney Office never did a dilligent investigation

to the case. There wasn't any sufficent evidence to establish probable cause to arrest me. I was simply arrested and charged on assumptions. My speedy trial rights have been waived without my consent. Based on sworn testimonies from the witnesses in my case there wasn't any evidence to prosecute me from the start. I have been subjected to frivolous prosecution.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I'm requesting to be compensated $1000.00 a day since

the first day of my incarceration starting on 5/28/2011 for false imprisonment and mental anguish; I'm requesting to have all court fees and attorney fees that are associated with this cause to be paid in full by the Defendants; I'm requesting that the Defendants pay for therapy services for the Plaintiff for one (1) year; I'm requesting that the investigators in my case be reprimanded for not conducting a thorough and meaningful investigation to my case.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 5TH day of FEBRUARY, 2013.

Joseph T. C[signature]

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 5TH day of FEBRUARY, 2013.